AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CALLILE HENDERSON | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.  4:08CR00406 HDY1<br><br>USM No.<br><br>Callie Henderson (pro se)<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 261.58t | Possession of Marijuana in a National Forest | 04/26/2008 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | | **Fine** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ | 100.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 7535

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Norfork, AR

01/13/2009
Date of Imposition of Judgment

_(signature)_
Signature of Judge

United States Magistrate Judge
Name and Title of Judge

01/13/2009
Date